```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                     Civil No. 17-4207(DSD/SER)
```

Samantha Latraille,

       Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　　　**ORDER**

Owner of the City of St. Paul, MN,

       Defendant.

    This matter is before the court upon the report and recommendation of Magistrate Judge Steven E. Rau dated October 20, 2017. The magistrate judge recommended that the court dismiss plaintiff Samantha Latraille's complaint without prejudice and deny her application to proceed in forma pauperis. Latraille has not filed an objection to the R&R in the time period permitted.

    Accordingly, **IT IS HEREBY ORDERED** that:

    1.   The magistrate judge's report and recommendation [ECF No. 3] is adopted in its entirety;

    2.   The action is dismissed without prejudice; and

    3.   The application to proceed in forma pauperis [ECF No. 2] is denied.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 6, 2017

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court